UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>  v.<br><br>FRANCISCO URREA-MENDOZA,<br><br>                        Defendant. | Case No. MJ10-5123<br><br>**DETENTION ORDER** |

Offense charged:

    Conspiracy to Distribute Cocaine and Possession of Cocaine with Intent to Distribute.

Date of Detention Hearing:  July 15, 2010.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

               FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    The Court received no information about the defendant's personal history, circumstances, ties to the community, employment, health or alcohol or drug use.  An immigration detainer has

DETENTION ORDER - 1

1 been lodged and defendant stipulated to detention.

2      It is therefore ORDERED:

3      (1)     Defendant shall be detained pending trial and committed to the custody of the

4 Attorney General for confinement in a correctional facility separate, to the extent practicable,

5 from persons awaiting or serving sentences, or being held in custody pending appeal;

6      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

7 counsel;

8      (3)     On order of a court of the United States or on request of an attorney for the

9 Government, the person in charge of the correctional facility in which Defendant is confined

10 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

11 connection with a court proceeding; and

12     (4)     The clerk shall direct copies of this order to counsel for the United States, to

13 counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

14 Officer.

15     DATED this 15th day of July, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2